# United States District Court
## Violation Notice

Location Code: EVL6

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4108545 | Harper | 116 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 9/28/15 0340 | 36 CFR 4.21(c) |

**Place of Offense:** S/B GUMP @ GULF BRANCH

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

Speeding 75/50   SdoV (RA)

34493/KA172644/F8273803

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SIGLER | Eric | W |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 4ETE12 | Md | 03 | Lexus | | Ben |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 135 Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ 160.00 Total Collateral Due

### YOUR COURT DATE

**Court Address:** U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314  (703) 299-2100

Date: 11/12/15   Time: 09:00

X Defendant Signature

(Rev. 01/2011)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident